# Notice Recipients

District/Off: 0971–4   User: tleyba   Date Created: 4/29/2010
Case: 10–44775   Form ID: pdfpln   Total: 20

**Recipients of Notice of Electronic Filing:**
ust   Office of the U.S. Trustee/Oak   USTPRegion17.OA.ECF@usdoj.gov
tr    Martha G. Bronitsky   13trustee@oak13.com
aty   Drew Henwood   dfhenwood@aol.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Ethan Wilson Cliffton         62 Montell Street         Oakland, CA 94611–4924
jdb        Renee Laraine Hilpert         62 Montell Street         Oakland, CA 94611–4924
smg        Labor Commissioner            1515 Clay St.    Room 801    Oakland, CA 94612
smg        State Board of Equalization   Collection Dept.    P.O. Box 942879    Sacramento, CA 94279
smg        CA Employment Development Dept.    Bankruptcy Group MIC 92E    P.O. Box 826880    Sacramento, CA 94280–0001
smg        CA Franchise Tax Board        Special Procedures Bankruptcy Unit    P.O. Box 2952    Sacramento, CA 95812–2952
10880582   Alameda County Assessor       1221 Oak Street    Room 145    Oakland, CA 94612
10880583   American Express              Box 0001    Los Angeles, CA 90096–8000
10880584   Bank of America               Post Office Box 851001    Dallas, TX 75285–1001
10880585   Bank of America Home Loans    Post Office Box 5170    Simi Valley, CA 93062–5170
10880586   Bay Area Financial Corporation    12400 Wilshire Boulevard    Suite 230    Los Angeles, CA 90025
10880587   Chase Cardmember Service      Post Office Box 94014    Palatine, IL 60094–4014
10880588   Department of Education       Post Office Box 740283    Atlanta, GA 30374–0283
10880589   Home Depot Credit Services    Post Office Box 6028    The Lakes, NV 88901–6028
10880590   Nelnet    Post Office Box 82561    Lincoln, NE 68501–2561
10880591   USAA Credit Card Services     10750 McDermott Freeway    San Antonio, TX 78288–0570
10880592   UTLS Default Services, LLC    Post Office Box 5899    Irvine, CA 92616

TOTAL: 17