# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0971–4 | User: tleyba | Date Created: 4/29/2010 | |
| Case: 10–44775 | Form ID: B9I | Total: 20 | |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Ethan Wilson Cliffton | 62 Montell Street | Oakland, CA 94611–4924 | | |
| jdb | Renee Laraine Hilpert | 62 Montell Street | Oakland, CA 94611–4924 | | |
| ust | Office of the U.S. Trustee/Oak | Office of the U.S. Trustee | 1301 Clay St. #690N | Oakland, CA 94612 | |
| tr | Martha G. Bronitsky | P.O. Box 5004 | Hayward, CA 94540–5004 | | |
| aty | Drew Henwood | Law Offices of Drew Henwood | 41 Sutter St. #621 | San Francisco, CA 94104 | |
| smg | Labor Commissioner | 1515 Clay St. | Room 801 | Oakland, CA 94612 | |
| smg | State Board of Equalization | Collection Dept. | P.O. Box 942879 | Sacramento, CA 94279 | |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880 | Sacramento, CA 94280–0001 | |
| smg | CA Franchise Tax Board | Special Procedures Bankruptcy Unit | P.O. Box 2952 | Sacramento, CA 95812–2952 | |
| 10880582 | Alameda County Assessor | 1221 Oak Street | Room 145 | Oakland, CA 94612 | |
| 10880583 | American Express | Box 0001 | Los Angeles, CA 90096–8000 | | |
| 10880584 | Bank of America | Post Office Box 851001 | Dallas, TX 75285–1001 | | |
| 10880585 | Bank of America Home Loans | Post Office Box 5170 | Simi Valley, CA 93062–5170 | | |
| 10880586 | Bay Area Financial Corporation | 12400 Wilshire Boulevard | Suite 230 | Los Angeles, CA 90025 | |
| 10880587 | Chase Cardmember Service | Post Office Box 94014 | Palatine, IL 60094–4014 | | |
| 10880588 | Department of Education | Post Office Box 740283 | Atlanta, GA 30374–0283 | | |
| 10880589 | Home Depot Credit Services | Post Office Box 6028 | The Lakes, NV 88901–6028 | | |
| 10880590 | Nelnet | Post Office Box 82561 | Lincoln, NE 68501–2561 | | |
| 10880591 | USAA Credit Card Services | 10750 McDermott Freeway | San Antonio, TX 78288–0570 | | |
| 10880592 | UTLS Default Services, LLC | Post Office Box 5899 | Irvine, CA 92616 | | |

TOTAL: 20