RICHARD E. WINNIE [68048]
County Counsel
By: CLAUDE F. KOLM [83517]
Deputy County Counsel
Office of County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone: (510) 272-6700
claude.kolm@acgov.org
Attorney for County of Alameda Treasurer-Tax Collector

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re: Ethan Wilson CLIFFTON and Renee Laraine HILPERT,<br><br>Debtors. | Case No.: 10-44775 LT 13<br><br>Chapter 13<br><br>**OBJECTION OF CREDITOR DONALD R. WHITE, TREASURER-TAX COLLECTOR OF ALAMEDA COUNTY TO CHAPTER 13 PLAN** |

Creditor Alameda County Tax Collector Donald R. White ("White") objects to the Chapter 13 Plan on the grounds that it fails to state White's section 506 secured claim for real estate taxes and also the proper rate of interest on that claim. Pursuant to California Revenue and Taxation Code section 4103(a), the rate is 18% per year (1-1/2% per month) and pursuant to Bankruptcy Code sections 506(b) and 511 and California Revenue and Taxation Code section 4103(b), for bankruptcy purposes, this amount is interest.

Alternatively, if the Court holds that the 18% is not interest, then it is part of the tax, as are the additional 10% amounts added pursuant to California Revenue and Taxation Code sections 2617 and 2618 when taxes are not timely paid. *Rickley v. County of Los Angeles* 114 Cal. App. 4th 1002, 1011-1012 (2004) and cases there cited. Accordingly, White then objects to the Chapter 13 plan because it does not correctly

state the taxes owed by omitting both the 10% and 18% amounts.

DATED: May 12, 2010

RICHARD E. WINNIE, County Counsel in and for the County of Alameda, State of California

By _____

CLAUDE F. KOLM
Deputy County Counsel
Attorneys for County of Alameda
Treasurer-Tax Collector

# CERTIFICATE OF SERVICE

*In re: Ethan Wilson CLIFFTON, and Renee Laraine HILPERT*
Case No. 10-44775 LT Chapter 13

I, Dalia Liang, declare:

I am employed in the County of Alameda, State of California, over the age of 18 years and not a party to the within cause. My business address is 1221 Oak Street, Suite 450, Oakland, CA 94612-4296.

On this day, I served a true and accurate copy of the documents entitled:

1. OBJECTION OF CREDITOR DONALD R. WHITE, TREASURER-TAX COLLECTOR OF ALAMEDA COUNTY TO CHAPTER 13 PLAN; and

2. CERTIFICATE OF SERVICE.

on each of the following parties in this action:

> Martha G. Bronitsky
> Chapter 13 Trustee
> P.O. Box 5004
> Hayward, CA 94545
>
> Office of the US Trustee
> 1301 Clay Street, Suite 690N
> Oakland, CA 94612
>
> Drew Henwood
> Law Offices of Drew Henwood
> 41 Sutter Street, Suite 621
> San Francisco, CA 94104
> *(Attorney for Debtors)*

(X) **BY MAIL:** I caused such envelopes addressed as indicated above with postage thereon fully prepaid to be mailed with the United States Postal Service, in the City of Oakland, California.

(X) **BY ECF:** I caused such documents to be electronically transmitted via ECF transmission to the offices of the addressees.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed at Oakland, California, on May 12, 2010.

_____
Dalia Liang