Drew Henwood, Esq.
The Law Offices of Drew Henwood
41 Sutter Street, Suite 621
San Francisco, CA  94104
California Bar No. 184529
(415) 362-7412
(415) 373-9217 fax
email: henwood.drew@gmail.com

Attorney for debtors
Ethan Wilson Cliffton and Renee Laraine Hilpert

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>**ETHAN WILSON CLIFFTON,** and<br>**RENEE LARAINE HILPERT**,<br><br>                  Debtors.<br><br>**ETHAN WILSON CLIFFTON**, and<br>**RENEE LARAINE HILPERT**,<br>                  Movants,<br>vs.<br><br>**BAY AREA FINANCIAL CORPORATION**,<br>                  Respondent. | Case No. 10-44775-LT-13<br><br>Chapter 13<br><br>**NOTICE OF MOTION AND OF OPPORTUNITY FOR HEARING**<br><br>**Date**:      (No hearing presently requested)<br>**Time**:<br>**Place**:     1300 Clay Street<br>             Courtroom 201<br>             Oakland, California 94612<br>**Judge**:   The Honorable Leslie Tchaikovsky |

**TO BAY AREA FINANCIAL CORPORATION AND OTHER PARTIES IN INTEREST REGARDING DEBTOR'S MOTION TO DETERMINE VALUE AND STATUS OF JUNIOR LIEN HOLDER BAY AREA FINANCIAL CORPORATION'S CLAIM AS WHOLLY UNSECURED AND VOID THE JUNIOR LIEN:**

Page 1 - NOTICE OF MOTION AND OF OPPORTUNITY FOR HEARING      In re Ethan Wilson Cliffton and Renee Laraine Hilpert
Ch 13 Case No. 10-144775-LT-13

Case: 10-44775    Doc# 19    Filed: 06/15/10    Entered: 06/15/10 13:26:56    Page 1 of 2

(i) Bankruptcy Local Rule 9014-1, 4001-2(d)(2) and 4001-2(e) of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed and that any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 20 days of mailing of this motion;

(ii) a request for hearing or objection must be accompanied by any declarations or memoranda or law the party objecting to requesting wish to present in support of its position.

(iii) if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and

(iv) that the initiating party will give at least 10 days written notice of hearing to the objection party or requesting party, and to any trustee or committee appointed in the case in the event an objection or request for hearing is timely made.

Dated this 14th day of June, 2010

/s/ Drew Henwood
Attorney For Debtors
Ethan Wilson Cliffton and
Renee Laraine Hilpert

W:\WD-Server\WD@SF-Server\WORK\BANKRUPTCY REFORM\Chapter 13 cases, confirmed and pending\Cliffton-Hilpert\Pleadings\Lien Strip\Notice & Opportunity for hearing.wpd

Page 2 - NOTICE OF MOTION AND OF OPPORTUNITY FOR HEARING

In re Ethan Wilson Cliffton and Renee Laraine Hilpert
Ch 13 Case No. 10-144775-LT-13

Case: 10-44775    Doc# 19    Filed: 06/15/10    Entered: 06/15/10 13:26:56    Page 2 of 2