Drew Henwood, Esq.
The Law Offices of Drew Henwood
41 Sutter Street, Suite 621
San Francisco, CA 94104
California Bar No. 184529
(415) 362-7412
(415) 373-9217 fax
email: henwood.drew@gmail.com

Attorney for debtors
Ethan Wilson Cliffton and Renee Laraine Hilpert

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re

**ETHAN WILSON CLIFFTON,** and
**RENEE LARAINE HILPERT**,

          Debtors.

**ETHAN WILSON CLIFFTON**, and
**RENEE LARAINE HILPERT**,

          Movants,

vs.

**BAY AREA FINANCIAL CORPORATION**,

          Respondent.

Case No. 10-44775-LT-13

Chapter 13

**CERTIFICATE OF SERVICE**

**PROOF OF SERVICE VIA U.S. MAIL**

I am employed in the County of San Francisco, State of California. I am at least 18 years of age and not a party to the within action; my business address is 41 Sutter Street, Suite 621, San Francisco, California, 94104.

Page 1 - CERTIFICATE OF SERVICE    In re Ethan Wilson Cliffton and Renee Laraine Hilpert
Ch 13 Case No. 10-44775-LT-13
Case: 10-44775   Doc# 20   Filed: 06/15/10   Entered: 06/15/10 13:28:22   Page 1 of 3

On the 15th day of June, 2010, I served the interested parties with the document described as follows: **MOTION TO DETERMINE VALUE AND STATUS OF JUNIOR LIEN HOLDER BAY AREA FINANCIAL CORPORATION'S CLAIM AS WHOLLY UNSECURED AND VOID THE JUNIOR LIEN; DECLARATION OF DEBTORS IN SUPPORT OF MOTION TO DETERMINE VALUE AND STATUS OF JUNIOR LIEN HOLDER BAY AREA FINANCIAL CORPORATION'S CLAIM AS WHOLLY UNSECURED AND VOID THE JUNIOR LIEN; NOTICE AND OPPORTUNITY FOR HEARING**

By placing a true copy thereof enclosed in a sealed envelope addressed as follows:

VIA FIRST CLASS MAIL:

**Chapter 13 Trustee**
Martha G. Bronitsky
Post Office Box 5004
Hayward, CA 94540-5004

VIA CERTIFIED MAIL:
**Bay Area Financial Corporation**
12400 Wilshire Boulevard
Suite 230
Los Angeles, CA 90025

**Bay Area Financial Corporation**
C/O Scott C. Clarkson, Esq.
Clarkson, Gore and Marsella
A Professional Corporation
3424 Carson Street, Suite 350
Torrance, CA 90503

**Alameda County Assessor**
1221 Oak Street, Room 145
Oakland, CA 94612

**Bank of America Home Loans**
Post Office Box 5170
Simi Valley, CA 93062-5170

The envelope was deposited in the United States Post Office.

I deposited such envelope at San Francisco, California.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date of postage meter date is more than one day after date of deposit for mailing affidavit.

Executed on the 15th day of June, 2010 at San Francisco, California.

I declare under penalty of perjury that the above statements are true to the best of my knowledge and belief and that I am employed by a member of the bar of this Court at whose direction this service was made.

/s/ Anh Nguyen
Anh Nguyen